IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL MATTHEWS and ROY MATTHEWS, her husband,<br>      Plaintiffs,<br><br>vs.<br><br>SHALERCREST HOUSING ASSOCIATION, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:19-cv-00123-CB<br>)<br>)<br>) Judge Cathy Bissoon<br>)<br>) |

**STIPULATION OF DISMISSAL**

The Parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

**FOR THE PLAINTIFF:**

/s/ Tibor R. Solymosi, Esquire

SOLYMOSI LAW GROUP, LLC
818 State Street, Suite 100
Erie, Pennsylvania 16501
Phone: (814) 888-4878
ts@hurtlawpa.com

**FOR THE DEFENDANT:**

/s/ Elizabeth F. Collura, Esquire

WILLIAM J. FERREN & ASSOCIATES
112 Washington Pl., Suite 975
Pittsburgh, Pennsylvania 15219
Phone: (412) 338-3034
ecollura@travelers.com